UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-10038-FDS |
| ROBERTO TOLEDO SANCHEZ, et al., | ) ) ) | |
| Defendants. | ) ) | |

# ORDER ON EXCLUDABLE DELAY

**SAYLOR, C.J.**

On February 28, 2025, the Court held a status conference and the parties indicated that they required additional time to review evidence and discuss potential resolutions to the case. A further status conference was set for March 20, 2025. In order to permit further plea discussion and review of discovery, and to accommodate the addition of another defendant to the matter, the Court will exclude the time through March 20, 2025.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from February 28, 2025, through March 20, 2025, is excluded under the Speedy Trial Act.

**So Ordered.**

Dated: February 28, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court